UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOY C.-L., | § | |
|    PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 3:23-CV-896-B-BK |
| | § | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
|    DEFENDANT. | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's *Unopposed Petition and Brief for Award of Attorney Fees and Court Costs Under the Equal Access to Justice Act*, Doc. 27, is **GRANTED** in the amount of $7,479.37.

**SO ORDERED** this 8th day of October, 2024.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE