IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOY C.-L., § | |
| PLAINTIFF, § | |
| § | |
| V. § | CASE NO. 3:23-CV-896-B-BK |
| § | |
| COMMISSIONER, SOCIAL SECURITY § | |
| ADMINISTRATION, § | |
| DEFENDANT. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's counsel's *Unopposed Petition to Obtain Approval of a Fee for Representing a Social Security Claimant*, Doc. 30, is **GRANTED** in the amount of $15,789.25.

**SO ORDERED** this 10th day of July, 2025.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

Case 3:23-cv-00896-B-BK     Document 32     Filed 07/10/25     Page 2 of 2     PageID 4247